IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA
*ex rel.* MICHAEL HANDBERG,

*Plaintiff/Relator*,

v.

AMAZON WEB SERVICES, INC.;
AMAZON.COM, INC.;
MICROSOFT CORPORATION;
SCIENCE APPLICATIONS
INTERNATIONAL CORPORATION;

AND

ACCENTURE FEDERAL SERVICES, LLP;
GENERAL DYNAMICS INFORMATION
TECHNOLOGY, INC.;
FOUR POINTS TECHNOLOGY LLC;
CARAHSOFT TECHNOLOGY CORP.;
DLT SOLUTIONS, INC.;
TECH DATA SOLUTIONS, LLC;
STRATEGIC COMMUNICATIONS, LLC,

*Defendants*.

No. 1:22-cv-1011 (AJT/IDD)
FILED UNDER SEAL
Pursuant To 31 U.S.C. § 3730(b)(2)

FILED *EX PARTE*

ORDER

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. the First Amended and Supplemental Complaint be unsealed and served upon the defendants by the relator;

2. the Complaint, the Notice of the United States That It Is Not Intervening At This Time, and proposed Order be unsealed;

3. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, which the relator will serve upon the defendants only after service of the complaint;

4. the seal be lifted as to all other matters occurring in this action after the date of this Order;

5. this Order is not to be sealed;

6. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

7. the parties shall serve all notices of appeal upon the United States;

8. all orders of this Court will be sent to the United States; and that

9. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

This 30th day of Sept., 2026.

/s/
Anthony J. Trenga
Senior United States District Judge